IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE RODRIGUEZ VIEIRA<br><br>   Plaintiff<br><br>                v.<br><br>HONEYWELL INTERNATIONAL PUERTO RICO, INC.<br><br>   Defendant | Civil No. 20-1408 (JAG)<br><br>AGE DISCRIMINATION<br>UNJUST DISMISSAL<br>DAMAGES<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL**

TO THE HONORABLE COURT:

COME NOW Plaintiff, José Rodriguez Viera, and Defendant, correctly named Honeywell International Inc., through their respective undersigned attorneys, and very respectfully state and pray:

1. The parties hereby inform the Court they have reached a settlement agreement regarding the remaining claims, the terms of which shall remain confidential.

2. In light of the above, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly request the dismissal, with prejudice, of the present lawsuit.

3. The parties further request that the Judgment entered be final and un-appealable and that, in event it becomes necessary, this Court retain jurisdiction to enforce the terms and conditions of settlement.

**WHEREFORE**, the parties respectfully request that the Court take notice of the above, that it dismiss the present case with prejudice, that the judgment entered be final and un-appealable and that, in the event it becomes necessary, this Court retain jurisdiction to enforce the terms and

conditions of settlement.

       **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 21st day of July, 2022.

WE HEREBY CERTIFY that on this date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| **GONZÁLEZ MUÑOZ LAW OFFICES**<br>P.O. Box 9024055<br>San Juan, Puerto Rico 00902-4055<br>Telephone: (787) 766-5052<br><br>*s/ Juan Rafael González Muñoz*<br>Juan Rafael González Muñoz<br>USDC-PR No. 202312<br>info@gonzalezmunozlaw.com | **SCHUSTER AGUILÓ LLC**<br>Attorneys for Defendant<br>PO Box 363128<br>San Juan, Puerto Rico 00936-3128<br>Telephone: (787) 765-4646<br>Telefax: (787) 765-4611<br><br>s/*Mariela Rexach-Rexach*<br>**Mariela Rexach-Rexach**<br>USDC PR No. 214110<br>mrexach@salawpr.com |