IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE RODRIGUEZ VIEIRA,<br><br>  **Plaintiff,**<br><br>        v.<br><br>HONEYWELL INTERNATIONAL PUERTO RICO, INC.,<br><br>  **Defendant.** | CIVIL NO. 20-1408(JAG) |

**JUDGMENT**

Pursuant to Parties' Joint Stipulation of Dismissal, Docket No. 53, and this Court's Order, Docket No. 54, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Friday, July 22, 2022.

                                                            s/ Jay A. Garcia-Gregory
                                                           JAY A. GARCIA-GREGORY
                                                           U.S. DISTRICT JUDGE